## United States District Court
### Violation Notice

| | | |
|---|---|---|
| CVB Location Code | A51 | |
| Violation Number | Officer Name | Officer No. |
| FBEA00HW | SHELTON | 2234 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

FBEA00HW

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | | |
|---|---|---|---|
| 07/20/2019 17:53 | FED | 36CFR | 26110B |

Place of Offense
NFSR 3N

Offense Description: Factual Basis for Charge — HAZMAT ☐
OCCUPYING OR USING A RESIDENCE ON NFS LANDS

### DEFENDANT INFORMATION
Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| CHRISTENSEN | GEORGE | B |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86005 | 1962 |

| Drivers License No. | CDL ☐ | D.L. State AZ | Social Security No. 250 |
|---|---|---|---|

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F  Race WHITE  Hair BR  Eyes HA  Height 6' 4"  Weight 250

### VEHICLE
VIN: _____  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 1994 | OTRE | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $30.00 | Forfeiture Amount |
| | Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. DISTRICT COURT - FLAGSTAFF 928-774-2566 | |
| 123 N. SAN FRANCISCO ST. SUITE 200 FLAGSTAFF, AZ | Time (hh:mm) 08:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 20, 2019 while exercising my duties as a law enforcement officer in the U.S. District of AZ

Pursuant to 16USC 551: at approximately 1749 hours, I responded to a fire on NFSR 3N (a closed road to motor vehicle travel) on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ.

Due to the facts CHRISTENSEN, LESKO and BUNN operated and placed motor vehicles off road where prohibited, causing a structure and wildland fire to burn and were using NFS lands as a residence, I issued George CHRISTENSEN and Loretta LESKO each a violation notice and secured it to the Signa RV on 10/10/2019 at 1900 hours, for the following:

36 CFR 261.10B - OCCUPYING OR USING A RESIDENCE ON NFS LANDS

See attached PC Statement.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/20/2019   R. Shelton
Date (mm/dd/yyyy)   Officer's Signature

☑ Probable cause has been stated for the issuance of a warrant.

Executed on: 1/7/2020  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

20-4002mJ-001-PCT-CDB

# United States District Court
## Violation Notice

CVB Location Code: **A51**

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBEA00HX | SHELTON | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

FBEA00HX

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | | | |
|---|---|---|---|---|
| 07/20/2019 17:53 | FED | 36CFR | 26113 | |

Place of Offense: **NFSR 3N**

Offense Description: Factual Basis for Charge — HAZMAT ☐

POSSESS OR OPERATE A MOTOR VEHICLE IN VIOLATION OF MOTOR VEHICLE USE MAP DESIGNATION; CLOSED/OFF ROAD USE PROHIBITED.

### DEFENDANT INFORMATION

Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| CHRISTENSEN | GEORGE | B |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86005 | 962 |

Drivers License No.: CDL ☐  D.L. State: AZ  Social Security No.:

☐ Adult ☐ Juvenile  Sex ☒M ☐F  Race: WHITE  Hair: BR  Eyes: HA  Height: 6'4"  Weight: 250

### VEHICLE

VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 1994 | OTRE | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | Forfeiture Amount |
|---|---|
| $30.00 | Processing Fee |
| **PAY THIS AMOUNT** | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. DISTRICT COURT - FLAGSTAFF 928-774-2566
123 N. SAN FRANCISCO ST. SUITE 200 FLAGSTAFF, AZ

Date (mm/dd/yyyy):
Time (hh:mm): 08:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **July 20, 2019** while exercising my duties as a law enforcement officer in the **U.S.** District of **AZ**

Pursuant to 16USC 551: at approximately 1749 hours, I responded to a fire on NFSR 3N (a closed road to motor vehicle travel) on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ.

Due to the facts CHRISTENSEN, LESKO and BUNN operated and placed motor vehicles off road where prohibited, causing a structure and wildland fire to burn and were using NFS lands as a residence, I issued George CHRISTENSEN and Loretta LESKO each a violation notice and secured it to the Signs RV on 10/10/2019 at 1900 hours, for the following:

36 CFR 261.13 - POSSESS OR OPERATE A MOTOR VEHICLE IN VIOLATION OF MOTOR VEHICLE USE MAP DESIGNATION; CLOSED/OFF ROAD USE PROHIBITED.

See attached PC statement

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/20/2019**    R. Shelton
    Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: **1/7/2020** _____
    Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| CVB Location Code |
|---|
| A51 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBEA00ID | SHELTON | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

FBEA00ID

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | | |
|---|---|---|---|
| 07/20/2019 17:53 | FED | 36CFR | 2615A |

**Place of Offense**
NFSR 3N

**Offense Description: Factual Basis for Charge** HAZMAT ☐

CARELESSLY OR NEGLIGENTLY THROWING OR PLACING ANY IGNITED SUBSTANCE OR OTHER SUBSTANCE THAT MAY CAUSE A FIRE

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| CHRISTENSEN | GEORGE | B |

**Street Address**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86005 | 1/1962 |

| Drivers License No. | CDL ☐ | D.L. State AZ | Social Security No. |
|---|---|---|---|

| ☐ Adult ☐ Juvenile | Sex ☒ M ☐ F | Race WHITE | Hair BR | Eyes HA | Height 6'4" | Weight 250 |
|---|---|---|---|---|---|---|

**VEHICLE** VIN     CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 1994 | OTRE | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Forfeiture Amount |
|---|---|
| $30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. DISTRICT COURT - FLAGSTAFF 928-774-2566 | |
| 123 N. SAN FRANCISCO ST. SUITE 200 FLAGSTAFF, AZ | Time (hh:mm) 08:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature**

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 20, 2019 while exercising my duties as a law enforcement officer in the U.S. District of AZ

Pursuant to 16USC 551: at approximately 1749 hours, I responded to a fire on NFSR 3N (a closed road to motor vehicle travel) on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ.

Due to the facts CHRISTENSEN, LESKO and BUNN operated and placed motor vehicles off road where prohibited, causing a structure and wildland fire to burn with fire suppression efforts costing $3,649.60 and were using NFS lands as a residence, I issued George CHRISTENSEN and Loretta LESKO each a violation notice and secured it to the Signa RV on 10/10/2019 at 1900 hours, for the following:

36 CFR 261.5A - CARELESSLY OR NEGLIGENTLY THROWING OR PLACING ANY IGNITED SUBSTANCE OR OTHER SUBSTANCE THAT MAY CAUSE A FIRE

See attached PC statement.
See Incident report 2019-MBEA107

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/20/2019      R. Shelton
             Date (mm/dd/yyyy)     Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: 1/7/2020
             Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident

# *STATEMENT OF PROBABLE CAUSE*

(For issuance of an arrest warrant or summons)

**CHRISTENSEN, George;**  **LOCATION CODE: A51**
    **VIOLATION#:**    **FBEA00HW, FBEA00HX, FBEA00ID**
**LESKO, Loretta**
    **VIOLATION#**     **FBEA00I0, FBEA00I1, FBEA00IE**
**BUNN, James**
    **VIOLATION#**     **FBEA00HY, FBEA00HZ, FBEA00IF**

I state that on **July 20, 2019** while exercising my duties as a Law Enforcement Officer in the U.S. DISTRICT of **ARIZONA**,

Pursuant to 16USC 551: at approximately 1749 hours, I responded to a fire on NFSR 3N (a closed road to motor vehicle travel) on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ. I observed a 1994 Coachman fifth wheel RV trailer AZ license plate        , 2018 Keystone RV camp trailer AZ license plate        1995 NWY flatbed trailer AZ license plate    5; 2012 Honda Ridgeline pickup AZ license plate    ..; 2002 Nissan Exterra AZ license plate    '; 2003 Polaris ATV with AZ license plate        ; all parked at the same campsite. The Coachman, Keystone, Ridgeline, and Exterra were engulfed in flames along with other small misc. items. The RV's, Canoe, and 2003 Polaris ATV, were registered to George CHRISTENSEN. The Honda Ridgeline was registered to both CHRISTENSEN and LESKO. The Nissan Exterra was registered to LESKO. The 1995 Flatbed trailer was registered to CHRISTENSEN's business PT Plumbing. I contacted CHRISTENSEN identified with his AZ driver's license, who showed up on scene a few minutes after I arrived. I asked CHRISTENSEN who said all the vehicles and trailers were his except for the Exterra. CHRISTENSEN said he was running his plumbing business and lives in his Coachman fifth wheel RV while his employee James BUNN and Loretta LESKO lived in the KEYSTONE RV camp trailer. CHRISTENSEN said they went to Walmart and Game Stop in Flagstaff at about 1520 hours and when they came back home, their RV's were on fire. CHRISTENSEN said he did not know what started the fire. He said he was contacted by USFS fire fighter earlier that day and told to put out his unattended burning campfire. CHRISTENSEN said he put out his campfire with water and stirred it out. USFS Forest Protection Officer A. HOSTED said he contacted CHRISTENSEN to ensure the campfire was dead and out. CHRISTENSEN said he set up his camp on Sunday after July 4th on 07/07/2019 and was on his 13th day there. CHRISTENSEN said he was living there while he worked because he was trying to sell his house, and was separated from his wife. I contacted Loretta LESKO identified with her AZ driver's license, who showed up on scene a few minutes after I arrived, riding with BUNN and CHRISTENSEN in a 2015 HONDA CRV registered to both Loretta LESKO and CHRISTENSEN. I asked LESKO who owned the RV's and other vehicles. She said all the vehicles and trailers were CHRISTENSEN's except for the Nissan Exterra SUV which was hers. LESKO said she worked for CHRISTENSEN's plumbing business and lives in the Keystone RV with BUNN there on the forest. LESKO said she and BUNN did not have another place to live at that time. I identified James BUNN and asked him who owned the RV's and other vehicles. BUNN said all the vehicles and trailers were CHRISTENSEN's except for the Nissan Exterra SUV which was LESKO's. BUNN said he worked for CHRISTENSEN's plumbing business and lives in the Keystone RV with Loretta LESKO there on the forest. I contacted another employee of CHRISTENSEN's, a Michael ARMINIO who said he set up his tent a few nights ago and was told by CHRISTENSEN he could stay there while he worked for him. A Motor Vehicle Use Map indicating travel designations and prohibitions on the Coconino National Forest are available to the public free of charge at the forest supervisor's office, ranger stations and electronically on the USFS website. According to the MVUM no public open road exists where CHRISTENSEN's camp was set up well over a ¼ mile from NFSR 3E. See incident report# 2019-MBEA107. Flagstaff Fire Department conducted the structure fire investigation while I conducted the wildland fire investigation called the Frontier Fire. The fire's origin and cause was determined to have originated from the rear of the Coachman RV and front of the Honda Ridgeline.

On 10/10/2019 at 1830 hours, I contacted the home owner of 7410 Old Munds Highway where CHRISTENSEN, LESKO and BUNN were temporarily staying and had PT Plumbing equipment at. The home owner said CHRISTENSEN and LESKO were back living together on the forest where the fire was and James BUNN was back in Casa Grande, AZ still working for CHRISTENSEN. At 1900 hours, I observed an unoccupied 1998 Signa RV trailer bearing AZ license plate 48134H registered to both CHRISTENSEN and LESKO parked on NFSR 3N near area of the Frontier Fire. USFS incident report 2019-MBEA107.

Due to the facts CHRISTENSEN, LESKO and BUNN operated and placed motor vehicles off road where prohibited, causing a structure and wildland fire to burn with fire suppression efforts costing $3,649.60 and were using NFS lands as a residence, I issued George CHRISTENSEN and Loretta LESKO each a violation notice and secured it to the Signa RV on 10/10/2019 at 1900 hours, for the following:
James BUNN was issued a violation and sent via certified USPS mail for:

**36 CFR 261.13 - POSSESS OR OPERATE A MOTOR VEHICLE IN VIOLATION OF MOTOR VEHICLE USE MAP DESIGNATION; CLOSED/OFF ROAD USE PROHIBITED**

**36 CFR 261.10B - OCCUPYING OR USING A RESIDENCE ON NFS LANDS**

**36 CFR 261.5A - CARELESSLY OR NEGLIGENTLY THROWING OR PLACING ANY IGNITED SUBSTANCE OR OTHER SUBSTANCE THAT MAY CAUSE A FIRE**

The foregoing statement is based upon:
- ☐ my personal observation
- ☑ my personal investigation
- ☑ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

**I declare under penalty of perjury that the information which I have set forth above and on the face of the violation notice is true and correct to the best of my knowledge.**

Executed on: 10/10/2019

(Officer's Signature)

Probable cause has been stated for the issuance of a warrant.

1/7/2020
Date (mm/dd/yyyy)

United States Magistrate Judge